STATE OF NEW JERSEY v. RALPH M. CARBONE.

April 18, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL OBSTEIN.

April 18, 1972. Petition for certification denied.

TRAVEL AGENTS MALPRACTICE ACTION CORPS v. REGAL CULTURAL SOCIETY, INC., *ET AL.*

April 18, 1972. Petition for certification denied. (See 118 *N. J. Super.* 184).

STATE OF NEW JERSEY v. DAVID GREEN.

April 18, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. FREDERICK SCOTT.

April 18, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. RONNIE GLOVER a/k/a RONALD GLOVER, JR., a/k/a "HANDY".

April 18, 1972. Petition for certification denied.